## Mrs. Florence WILSON, Plaintiff-Appellant, v. ROYAL INSURANCE COMPANY, Defendant-Appellee.

### No. 5041.

Court of Appeal of Louisiana. Second Circuit.

June 4, 1935.

Hugh Tullis, of Vidalia, for appellant.

St. Clair Adams & Son, of New Orleans, for appellee.

MILLS, Judge.

This case was consolidated for trial with that of the same plaintiff, Wilson v. Ætna Insurance Company, 161 So. 650, this day decided on appeal by this court.

For the reasons given in the opinion rendered in that case, the judgment appealed from herein is affirmed.